## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Marc Joseph MALFARA, Respondent.

### No. 468 Disciplinary Docket No. 3

Supreme Court of Pennsylvania.

Oct. 28, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of October 1998, upon consideration of an Order of the Disciplinary Board dated September 21, 1998, it is hereby

ORDERED that MARC JOSEPH MALFARA be subjected to PUBLIC CENSURE by the Supreme Court.

makes no statement on the merits of the trial court's ruling.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.